FILED

OCT 17 2012

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 79CR0773-GT |
| Plaintiff, | |
| v. | ORDER OF DISMISSAL OF INDICTMENT AND RECALL ARREST WARRANTS |
| ALBERTO SICILIA-FALCON (15), CARLOS ANGEL KYRIAKIDES-VIALLASENO (16), | |
| Defendants. | |

Upon motion of the UNITED STATES OF AMERICA and good cause appearing,

IT IS HEREBY ORDERED that the Indictment in the above entitled case be dismissed without prejudice, and the Arrest Warrants be recalled.

IT IS SO ORDERED.

DATED: 10/16/12

HONORABLE Gordon Thompson Jr.
United States District Judge